**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**United States of America** **Plaintiff**

**v.** **Case No.: 4:19−mj−00168−PSH**

**Bilal Al−Rayanni** **Defendant**

---

## NOTICE OF HEARING

PLEASE take notice that a Initial Appearance has been set in this case for July 1, 2019, at 11:00 AM before Magistrate Judge Patricia S. Harris in Little Rock Courtroom # 1B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** June 28, 2019

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

**By:** Colleen F. DuBose, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas