FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 02 2019
JAMES W. McCORMACK, CLERK
By: ____________ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.** **NO. 4:19-mj-00168 PSH**

**BILAL AL-RAYANNI**

# INTERPRETER ORDER

The Defendant appeared with counsel on July 1, 2019 for an initial appearance on a criminal complaint. Defendant has represented he is not well-versed in the English language and is unable to understand the proceedings being conducted. Defendant and his counsel request the assistance of an interpreter to enable Defendant to communicate with and comprehend the presiding judicial officers and other parties at any and all proceedings conducted in court.

The Court therefore directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure. The Clerk is directed to appoint a qualified interpreter to assist the Defendant, counsel, and the court at any and all court proceedings in this case.

IT IS SO ORDERED this 2nd day of July, 2019.

PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE