AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 28 2019
JAMES W. McCORMACK, CLERK
By: DEP CLERK

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

United States of America
v.
Bilal Al-Rayanni

*Defendant*

Case No. 4:19-MJ-00168 PSH

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 08 2019
JAMES W. McCORMACK, CLERK
By: DEP CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Bilal Al-Rayanni, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

False Statement in Passport Application, in violation of Title 18, United State Code, Section 1542.

Date: 06/28/2019

*Issuing officer's signature*

City and state: Little Rock, AR

Patricia Harris, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6-28-2019, and the person was arrested on *(date)* 6-28-2019 at *(city and state)* Marion, AR.

Date: 7-1-2019

*Arresting officer's signature*

Thomas Johnson Special Agent
*Printed name and title*