**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**United States of America** **Plaintiff**

**v.** **Case No.: 4:19−cr−00418−SWW**

**Bilal Al−Rayanni** **Defendant**

---

## NOTICE OF HEARING

PLEASE take notice that the Arraignment has been rescheduled in this case for July 25, 2019, at 02:00 PM before Magistrate Judge Beth Deere in Little Rock Courtroom # 1D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** July 12, 2019

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

**By:** Suzy Flippen, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas