MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): 3
ARRAIGNMENT, Length of Hearing (minutes): 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 25 2019
JAMES W. McCORMACK, CLERK
By: ______ DEP CLERK

United States of America

v.

Case No.: 4:19CR00418-01 SWW

Bilal Al-Rayanni

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 7/25/2019
Continued Until: ______
Reason for continuance______

Deft is ✓ is not____ in custody
_____ Deft did not appear
_____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney : **Stacy Williams and Michael Gordon**
Defense Counsel: **Latrece E. Gray** (Appointed/ Retained)
Interpreter's Name: Hanadi Al Saadi Thomas

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty ✓
Guilty (indicates desire)______
Nolo Contendere (desire)______

✓ Demands Trial by Jury

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty______
Guilty ______
Nolo Contendere ______

______Waives Jury Trial
Deft agrees______
Govt agrees______

### BAIL

Bail Set at: detention By: Judge Harris Date: 7-1-19
w/ right to hearing reserved.

Bail Changed to:______ By:______ Date: ______

Number of Days estimated for Trial: **2 days**
Estimated Trial Date: **8/26/2019 @ 9:30 a.m., before the Honorable Judge Susan Webber Wright in Room A530. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: ______

**DATE: 7/25/2019**

**SO ORDERED:** [signature]
**U. S. MAGISTRATE JUDGE**