(Post. 4/4/12)

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

V. Case No.: 4:19CR00418-01 SWW

Bilal Al-Rayanni

TYPE OF CASE: [ ] CIVIL [X] CRIMINAL

[X] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>600 W Capitol Avenue<br>Little Rock AR 72201 | **A530**<br>DATE AND TIME<br>**8/26/2019 at 9:30 a.m.** |

TYPE OF PROCEEDING

**JURY TRIAL before the Honorable Susan Webber Wright, U.S. District Judge.**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

F. Dunn
(BY) DEPUTY CLERK