**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff(s)** | § | |
| | § | **Case No. 4:19CR00418-01 SWW** |
| **vs.** | § | |
| | § | |
| **BILAL AL-RAYANNI,** | § | |
| | § | |
| **Defendant(s)** | § | |

## MOTION FOR BOND HEARING

Comes now, the Defendant, Bilal Al-Rayanni, by and through undersigned counsel Mark F. Hampton, and for his request for a bond hearing, states and alleges, as follows:

1. Presently, Mr. Al-Rayanni is under indictment in the afore-referenced matter.

2. Previous counsel reserved the right to seek a bond hearing in the future. Al-Rayanni requests a bond hearing be set to determine the appropriate terms of pretrial release pending the outcome of this case.

**WHEREFORE PREMISES CONSIDERED**, Defendant, Bilal Al-Rayanni, moves this Court to set a hearing at its earliest convenience to address bond.

Respectfully submitted,

Mark F. Hampton
Arkansas Bar No. 85066

Attorney for Defendant
1122 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 376-6277
(501) 376-6279 fax
Mark@MarkHamptonLaw.com

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which shall send notification of such filing to the following:

Michael Gordon
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas 72901

Mark F. Hampton
Arkansas Bar No. 85066
Attorney for Defendant
1122 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 376-6277
(501) 376-6279 fax
Mark@MarkHamptonLaw.com