# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

vs. NO. 4:19CR00418-001

BILAL AL-RAYANNI DEFENDANT

**ORDER**

Pending before the Court is a motion for bond hearing filed by the above-named defendant. The Court finds that this matter should be referred to the Magistrate Judge for determination.

IT IS SO ORDERED that defendant's motion for bond hearing (doc #27) be referred to the duty Magistrate Judge for determination.

DATED this 14th day of August 2019.

/s/Susan Webber Wright
United States District Judge