MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): ____
ARRAIGNMENT, Length of Hearing (minutes): 4 mins

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 15 2019
JAMES W. McCORMACK, CLERK
By: ____ DEP CLERK

United States of America

v. Case No.: 4:19CR00418-01 SWW

Bilal Al-Rayanni

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 8/15/2019
Continued Until: ______________
Reason for continuance__________

Deft is X is not____ in custody
_____ Deft did not appear
_____ Clerk to issue warrant

## COUNSEL

Assistant U. S. Attorney : **Stacy Williams / Michael Gordon / D. Andrew Sigler**
Defense Counsel: Mark Hampton (Appointed / Retained) [Retained circled]
Interpreter's Name: Hanadi Thomas

## PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty X
Guilty (indicates desire)________________
Nolo Contendere (desire)________________

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty________________
Guilty________________
Nolo Contendere ________________

___X___ Demands Trial by Jury

____________ Waives Jury Trial
Deft agrees______________
Govt agrees______________

## BAIL

Bail Set at: Detained By: JTK Date: 8/15/2019
bond h'g to be set

Bail Changed to:___________ By:____________________ Date: ______________

Number of Days estimated for Trial: **5 days**
Estimated Trial Date: **9/16/2019 @ 9:30 a.m., before the Honorable Judge Susan Webber Wright in Room A530. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: ______________________________

**DATE: 8/15/2019**

**SO ORDERED:** ____________________
**U. S. MAGISTRATE JUDGE**