# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

vs. NO. 4:19CR00418-001 SWW

BILAL AL-RAYANNI, DEFENDANT

**ORDER**

Pending before the Court is a motion to withdraw as attorney of record for the defendant filed by retained counsel, Mark F. Hampton. The Court finds that this motion should be referred to the Magistrate Judge for determination.

IT IS SO ORDERED that the motion to withdraw as attorney of record [doc #39] hereby is referred to Magistrate Judge J. Thomas Ray for determination and appointment, if necessary.

DATED this 15th day of October 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE