UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 28 2019
JAMES W. McCORMACK, CLERK
By: DEP CLERK

UNITED STATES OF AMERICA )
)
v. ) No. 4:19CR00418 SWW
)
BILAL AL-RAYANNI, )
a/k/a Bilal Kassim Alawdi )

**NOTICE OF APPEARANCE**

Andrew Sigler, Trial Attorney for the Counterterrorism Section of the National Security Division, U.S. Department of Justice, hereby enters his appearance as co-counsel for the United States, in the above-captioned matter.

Respectfully submitted,

CODY HILAND
United States Attorney
Eastern District of Arkansas

ANDREW SIGLER
Alabama Bar No. ASB-5175-I72D
Trial Attorney, Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202)514-0849
andrew.sigler@usdoj.gov