UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00418-SWW |
| | ) | |
| BILAL AL-RAYANNI, | ) | |
| a/k/a Bilal Kassim Alawdi | ) | |

**UNITED STATES' MOTION FOR DESIGNATION OF CLASSIFIED INFORMATION SECURITY OFFICER**

The United States of America, by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, Stacy R. Williams, Assistant United States Attorney, and Andrew Sigler, Trial Attorney, Counterterrorism Section, hereby moves the Court to designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its motion, the parties state the following:

1. This a criminal matter in which the grand jury has returned a superseding indictment charging the defendant with providing and attempting to provide material support to a foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B.

2. This case involves classified material, and the government anticipates filing pleadings pursuant to CIPA.

3. To assist the Court and court personnel in handling of any motions pursuant to CIPA and implementing any orders relating to the matter, the United States requests that the Court

[1] In the original Security Procedures, the title of the position was Court Security Officer. In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

designate Matthew W. Mullery III as the CISO for this case, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice.

4. The parties further requests that the Court designate the following persons as Alternate CISO, to serve in the event Mr. Mullery is unavailable: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Maura L. Peterson, Carli V. Rodriquez-Feo, Harry J. Rucker, and W. Scooter Slade.

Respectfully submitted,

CODY HILAND
United States Attorney

BY: STACY WILLIAMS
Arkansas Bar No. 2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
501-340-2600

BY: ANDREW SIGLER
Alabama Bar No. ASB-5175-I72D
Trial Attorney, Counterterrorism Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
202-514-0849
andrew.sigler@usdoj.gov