UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00418-SWW |
| | ) | |
| BILAL AL-RAYANNI, | ) | |
| a/k/a Bilal Kassim Alawdi | ) | |

**UNITED STATES' MOTION FOR ENTRY OF A PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America, by Cody Hiland, United States Attorney for the Eastern District of Arkansas, Stacy R. Williams, Assistant United States Attorney, and Andrew Sigler, Trial Attorney, Counterterrorism Section, files this motion for the entry of a protective order regarding general and sensitive discovery material, and in support thereof states as follows:

1. The superseding indictment in this case charges the defendant with providing and attempting material support to Al Qa'ida in the Arabian Peninsula, also known as Ansar al-Shari'a, a designated foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B. The indictment further charges the defendant with knowingly making a false statement in a passport application, in violation of Title 18, United States Code, Section 1542.

2. The discovery to be provided by the United States in this case includes sensitive information, whose unrestricted dissemination could adversely affect national security, law enforcement interests, and the privacy interests of third parties.[1]

3. The proposed protective order will allow the United States to provide general and sensitive discovery to the defendant in a manner that meets the objectives of Rule 16

[1] A motion to withdraw by defendant's retained counsel is currently pending with the Court. (Doc. No. 39). The United States seeks this protective order so that it may expeditiously provide discovery once new defense counsel is appointed by the Court.

while simultaneously protecting the interests identified above.

WHEREFORE, the United States respectfully moves this Court to enter the proposed protective order regarding general and sensitive discovery material.

Respectfully submitted,

CODY HILAND
United States Attorney

BY: STACY WILLIAMS
Arkansas Bar No. 2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
501-340-2600
stacy.williams@usdoj.gov

BY: ANDREW SIGLER
Alabama Bar No. ASB-5175-I72D
Trial Attorney, Counterterrorism Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
202-514-0849
andrew.sigler@usdoj.gov