**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs. 4:19-CR-00418-SWW

BILAL AL-RAYANNI,
a/k/a Bilal Kassim Alawdi

ORDER

Pending before the Court is a Motion to Withdraw filed by Mr. Mark Hampton, counsel for Defendant Bilal Al-Rayanni. For good cause shown, Mr. Hampton's Motion, *Docket No. 39*, is GRANTED. Mark Hampton is relieved as counsel of record for Mr. Al-Rayanni. Mr. Hampton is directed to return to Mr. Al-Rayanni's brother any unearned portion of the initial retainer fee. In addition, Mr. Hampton must provide any papers and information obtained to date regarding this case to Mr. Al-Rayanni's provisionally appointed counsel.

The Court provisionally appoints Mr. Ronald Davis to represent Mr. Al-Rayanni in this matter. Pursuant to General Order No. 57, Mr. Ronald Davis must meet with Mr. Al-Rayanni, assist him in completing a financial affidavit (Form CJA 23), and return the form to the Court. Assuming Mr. Al-Rayanni qualifies for court-appointed counsel, Mr. Ronald Davis will be formally appointed at that time.

IT IS SO ORDERED THIS 13th day of November, 2019.

J. Thomas Ray

UNITED STATES MAGISTRATE JUDGE