IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-00418 SWW |
| | ) | |
| BILAL AL-RAYANNI | ) | |
| aka BILAL KASSIM ALAWDI | ) | |

**MOTION TO SUBSTITUTE COUNSEL AND ENTRY OF APPEARANCE**

Defendant moves to substitute the undersigned retained counsel for Ron Davis, current CJA counsel.

The undersigned enters his appearance for the defendant in this case as his counsel of choice under the Sixth Amendment to the U.S. Constitution and Mr. Davis should be relieved.

Respectfully submitted,

JOHN WESLEY HALL
Ark. Bar No. 73047
1202 Main St.; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
e-mail: ForHall@aol.com
*Attorney for Defendant*