IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
v. ) No. 4:19-CR-00418 SWW
)
BILAL AL-RAYANNI )
aka BILAL KASSIM ALAWDI )

**UNOPPOSED MOTION TO CONTINUE**

Defendant moves to continue the trial date in this case set for February 20, 2020.

We request at least until summer. Defense counsel has a 2-3 week trial with Judge Marshall for March 9th that is going for sure. *United States v. Kindley,* 4:17-cr-267-DPM, the extradition driver rape case brought by DoJ's Civil Rights Division. The FPD was relieved, and Judge Marshall's office called to ask me to take on the case about in September, first motions response due in mid-October in light of the March 9th trial date set a year earlier.

Ms. Williams for the government does not object. She advises that the discovery is extensive, and we have to send them a hard drive to download it.

Moreover, she contemplates there will be pretrials that would put off the current trial date anyway.

This is excludable time under 18 U.S.C. § 3161(h)(8)(iv) to allow defense counsel adequate time to prepare.

Respectfully submitted,

JOHN WESLEY HALL
Ark. Bar No. 73047
1202 Main St.; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
e-mail: ForHall@aol.com
*Attorney for Defendant*