**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**United States of America** **Plaintiff**

**v.** **Case No.: 4:19−cr−00418−SWW**

**Bilal Al−Rayanni** **Defendant**

---

**NOTICE OF HEARING**

PLEASE take notice that a Motion Hearing regarding Motion for Order (#42)
Motion for Order (#43)
Motion for Order (#44), has been set in this case for January 23, 2020, at 10:30 AM before Judge Susan Webber Wright in Little Rock Courtroom # 389 in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** January 10, 2020

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

**By:** Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas