**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA

vs. 4:19CR00418-SWW-1

BILAL AL-RAYANNI
a/k/a BILAL KASSIM ALAWDI

**ORDER**

Pending before the Court is a motion to substitute attorney John Wesley Hall as retained counsel for defendant in this matter [ECF No. 46]. The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the motion to substitute counsel [ECF No. 46] is GRANTED, and attorney John Wesley Hall is substituted as counsel of record for the defendant in place of appointed counsel, Ron Davis, who hereby is relieved of any further responsibility in this matter.

IT IS SO ORDERED THIS 15th DAY OF JANUARY, 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE