**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA PLAINTIFF

vs. 4:19CR00418-001 SWW

BILAL AL-RAYANNI DEFENDANT
a/k/a BILAL KASSIM ALAWDI

**ORDER**

On January 23, 2020, the Court held a status hearing and considered pending motions filed by the Government: (1) Motion for Designation of a Classified Information Security Officer [Doc. No. 42], (2) Motion for a Pretrial Conference pursuant to the Classified Information Procedures Act [Doc. No. 43], and (3) Motion for Entry of a Protective Order Governing Discovery [Doc. No. 44]. By separate order, the Court granted the Government's motion for a protective order. [Doc. No. 53] This order restates and supplements the Court's rulings on the remaining two motions, as stated from the bench at the hearing.

The Court grants the Government's motion for designation of a classified information security officer (CISO). [Doc. No. 42] The Court designates Matthew W. Mullery III as the CISO for this case. In the event Mr. Mullery is unavailable, the Court designates as Alternate CISO any of the following persons: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker, and W. Scooter Slade.

The Court grants the Government's motion for a pretrial conference pursuant to the Classified Information Procedures Act (CIPA). [Doc. No. 43] The Court directs the Government to inform the Court when security clearance of designated court personnel is complete. After that notification is received, the Court will schedule the pretrial conference pursuant to Section 2 of CIPA.

The Court directs the Government to submit to the Court's chambers a courtesy copy of the unclassified discovery that is being provided to the Defendant.

IT IS THEREFORE ORDERED that the Government's motion for designation of a CISO [Doc. No. 42] and motion for a pretrial conference pursuant to CIPA [Doc. No. 43] are granted.

IT IS SO ORDERED THIS 29TH DAY OF JANUARY, 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE