UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00418-SWW |
| | ) | |
| BILAL AL-RAYANNI, | ) | |
| a/k/a Bilal Kassim Alawdi | ) | |

**UNITED STATES' MOTION TO SET A CLASSIFIED SCHEDULE**

The United States of America, by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, Stacy R. Williams, Assistant United States Attorney, and Andrew Sigler, Trial Attorney, Counterterrorism Section, hereby files this motion asking the court to set classified deadlines in this case.

1. The parties last convened at a hearing on January 23, 2020, anticipating that a classified, ex-parte hearing under Section 2 of the Classified Information Act (CIPA) would follow shortly thereafter. The coronavirus pandemic suspended in-person hearings for much of the federal district courts across the United States including the Eastern District of Arkansas.

2. Government co-counsel, Andrew Sigler, will handle all classified litigation for the United States in this case. While the government's strong preference is always to discuss the scope of classified issues and related deadlines with the Court in person at a classified, ex parte hearing, the ongoing pandemic, the requirement that co-counsel Sigler work from home in Washington, D.C., and the general prohibition on work-related travel for Mr. Sigler make such a hearing impractical.

3. After discussing these issues with defense counsel, who does not object to the requested schedule, the government will prepare and file its classified pleadings during the period in which defense counsel continues to review discovery and readies an anticipated statement of

defense. Specifically, the government respectfully requests that the Court set a deadline that any CIPA 4 motions for protective orders be filed by September 11, 2020, and that defense counsel file a sealed, ex parte statement of defense by October 9, 2020. A jury selection date could be set ninety days thereafter, giving the Court time to rule on the classified motion and further allowing the parties time to resolve the case without a jury trial.

WHEREFORE, the government asks the Court to enter a scheduling order setting a schedule regarding CIPA 4 motions, and furthermore, asks that any continuance of trial based upon the revised scheduling order be excludable under 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A).

Respectfully submitted,

CODY HILAND
United States Attorney

BY: STACY WILLIAMS
Arkansas Bar No. 2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
501-340-2600

BY: ANDREW SIGLER
Alabama Bar No. ASB-5175-I72D
Trial Attorney, Counterterrorism Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
202-514-0849
andrew.sigler@usdoj.gov