**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA

vs. 4:19CR-418-SWW-1

BILAL AL-RAYANNI
a/k/a Bilal Kassim Alawdi

**ORDER**

Pending before the Court is the Government's unopposed motion to set classified deadlines and for a continuance of the trial of this matter which is currently scheduled for July 6, 2020.

The Court has fully considered the motion and finds that the interest of justice served by granting the continuance outweighs the best interest of the public and defendant for a speedy trial in that the issues herein are such that to deny the motion would deny counsel for defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in the defendant's behalf.

IT IS THEREFORE ORDERED that the Government's unopposed motion [doc #56] be, and it hereby is, **granted**. CIPA 4 motions for protective orders are to be filed by **September 11, 2020**, and defense counsel shall file a sealed, ex parte statement of defense by **October 9, 2020**. The trial of this matter is rescheduled for trial to a jury to begin at 9:30 a.m. on ***MONDAY, JANUARY 25, 2021,*** in Little Rock, Arkansas. Counsel are to be present ***thirty minutes prior to trial time*** and are directed to submit simultaneous proposed voir dire questions and jury instructions ***by January 11, 2021.***

The Court requests counsel to provide the instructions saved as a Word document or Rich Text Format file attached to an e-mail addressed to swwchambers@ared.uscourts.gov. Please type the case name and number in the subject box.

***If defense counsel anticipates bringing any electronic devices into the courthouse for any proceeding or the trial in this matter, please review General Order No. 54 filed March 24, 2008.***

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

Dated this 26th day of June 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE