**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00418-SWW |
| | ) | |
| BILAL AL-RAYANNI, | ) | |
| a/k/a Bilal Kassim Alawdi | ) | |

**UNITED STATES' NOTICE OF CLASSIFIED FILING**

The United States of America, by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, herby serves notice to the Court and to defense counsel that on December 3, 2020, it filed a classified pleading with the Classified Information Security Officer entitled, "Government's Classified, *In Camera, Ex Parte* Addendum to Previously-Filed Motion for an Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure."

Respectfully submitted,

CODY HILAND
United States Attorney

STACY WILLIAMS
AR Bar No. 2011081
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
stacy.williams@usdoj.gov

ANDREW SIGLER
Ala. Bar No. 5175-I72D
Trial Attorney, Counterterrorism Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
202-514-0849
andrew.sigler@usdoj.gov