**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

USA PLAINTIFF

vs. 4:19CR000418-SWW-1

BILAL AL-RAYANNI DEFENDANT

**ORDER**

The Court, on its own motion, removes this case from the trial calendar for January based on Administrative Order Ten entered by Chief Judge D.P. Marshall Jr. on December 31, 2020, cancelling all civil and criminal jury trials due to the COVID-19 Pandemic. The trial of this matter is rescheduled for trial to a jury to begin at 9:30 a.m. on **MONDAY, APRIL 19, 2021** in Little Rock, Arkansas. Counsel are to be present ***thirty minutes prior to trial time*** and are directed to submit simultaneous proposed voir dire questions and jury instructions ***by April 5, 2021.*** The Court requests counsel to provide the instructions saved as a Word document or Rich Text Format file attached to an e-mail addressed to swwchambers@ared.uscourts.gov. Please type the case name and number in the subject box.

***If defense counsel anticipates bringing any electronic devices into the courthouse for any proceeding or the trial in this matter, please review General Order No. 54 filed March 24, 2008.***

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) & (B).

IT IS SO ORDERED this 7th day of January 2021.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE