IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-00418 SWW |
| | ) | |
| BILAL AL-RAYANNI | ) | |
| aka BILAL KASSIM ALAWDI | ) | |

**UNOPPOSED MOTION TO CONTINUE**

Defendant moves to continue the trial date in this case set for June 28, 2021 in an attempt to resolve this case without trial.

Ms. Williams for the government does not object.

This is excludable time under 18 U.S.C. § 3161(h)(8)(iv) to allow defense counsel adequate time to prepare.

Respectfully submitted,

JOHN WESLEY HALL
Ark. Bar No. 73047
1202 Main St.; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
e-mail: ForHall@aol.com
*Attorney for Defendant*