**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA PLAINTIFF

vs. 4:19-CR-00418-SWW-1

BILAL AL-RAYANNI
aka BILAL KASSIM ALAWDI DEFENDANT

**ORDER**

Pending before the Court is defendant's unopposed motion for a continuance of the trial of this matter which is currently scheduled for June 28, 2021.

The Court has fully considered the motion and finds that the interest of justice served by granting the continuance outweighs the best interest of the public and defendant for a speedy trial in that the issues herein are such that to deny the motion would deny counsel for defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in the defendant's behalf.

IT IS THEREFORE ORDERED that defendant's unopposed motion for continuance [doc #63] be, and it hereby is, **granted**. The trial of this matter is rescheduled for trial to a jury to begin at 9:30 a.m. on ***MONDAY, JULY 26, 2021,*** in Little Rock, Arkansas. Counsel are to be present ***thirty minutes prior to trial time*** and are directed to submit simultaneous proposed voir dire questions and jury instructions ***by July 12, 2021.*** The Court requests counsel to provide the instructions saved as a Word document or Rich Text Format file attached to an e-mail addressed to swwchambers@ared.uscourts.gov. Please type the case name and number in the subject box.

***If defense counsel anticipates bringing any electronic devices into the courthouse for any proceeding or the trial in this matter, please review General Order No. 54 filed March 24, 2008.***

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

Dated this 23rd day of June 2021.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE