# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v. Case No. 4:19cr-00418-SWW

BILAL AL-RAYANNI

## TRANSCRIPT REQUEST

TO BE COMPLETED BY APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL (Federal Rules of Appellate Procedure, Rule 10(b)(1)).

A. Complete one of the following:

( ) A transcript is not needed for the appeal.

( ) A transcript is already on file.

(×) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars.) Note: voir dire and closing arguments not prepared unless specifically requested.

Change of Plea Hearing held on July 6, 2021.

B. I certify that financial arrangements have been made with the reporter. Payment is by:

(×) Private funds.

( ) Government expense (civil case.) A motion for transcript has been submitted to the judge.

SIGNED John Wesley Hall DATE 11/02/2021 COUNSEL FOR Defendant

ADDRESS 1202 Main St., Ste. 210 Little Rock, AR 72202

TELEPHONE 501-371-9131