**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**United States of America** **Plaintiff**

**v.** **Case No.: 4:19−cr−00418−SWW**

**Bilal Al−Rayanni** **Defendant**

---

# NOTICE OF HEARING

PLEASE take notice that a Sentencing has been set in this case for August 19, 2022, at 01:00 PM before Judge Susan Webber Wright in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** July 26, 2022

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

**By:** Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas