**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CASE NO. 4:19-cr-00418 KGB**

**BILAL AL-RAYANNI**

**DEFENDANT**

**NOTICE OF CASE REASSIGNMENT**

The Clerk's office has been delegated the authority to randomly reassign cases that were originally assigned to Judge Susan Webber Wright. The Clerk's office was notified by the United States Probation Office of a matter involving the defendant in the above-referenced case that requires the Court's attention. Therefore, this case is now reassigned to the docket of Chief Judge Kristine G. Baker.

Dated this 18th day of April 2024.

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

By: Jake Kornegay
Deputy Clerk