PROB 22
(Rev. 01.24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 0860 4:19CR00418 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bilal Al-Rayanni<br>Fayetteville, North Carolina | Eastern District of Arkansas | |
| | NAME OF SENTENCING JUDGE: Honorable Susan Webber Wright<br>Reassigned to Honorable Kristine G. Baker | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM: January 7, 2024 | TO: January 6, 2034 |

OFFENSE

Providing Material Support to a Terrorist Organization

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
May 19, 2025
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 7, 2025
*Date*

Kristine G. Baker
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/13/2025
*Effective Date*

Richard E. Myers II
*United States District Judge*

CLOSED,INTERP,PROTO

# U.S. District Court
# Eastern District of Arkansas (Central Division)
# CRIMINAL DOCKET FOR CASE #: 4:19-cr-00418-KGB-1

Case title: USA v. Al-Rayanni
Correspondence Case: 4:19-crcor-00418
Magistrate judge case number: 4:19-mj-00168-PSH

Date Filed: 07/11/2019
Date Terminated: 09/08/2022

---

Assigned to: Chief Judge Kristine G. Baker

**Defendant (1)**

**Bilal Al-Rayanni**
*TERMINATED: 09/08/2022*
*also known as*
Bilal Kassim Alawdi
*TERMINATED: 09/08/2022*

represented by

**Latrece E. Gray**
Federal Public Defender's Office
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
501-324-6113
Fax: 501-324-6128
Email: Latrece_Gray@fd.org
*TERMINATED: 07/26/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Mark F. Hampton**
Attorney at Law
1122 West Capitol Avenue
Little Rock, AR 72201
501-376-6277
Fax: 501-376-6279
Email: Marietta@MarkHamptonLaw.com
*TERMINATED: 11/13/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ronald L. Davis , Jr.**
Ronald L. Davis, Jr. Law Firm, PLLC
Post Office Box 3432
Little Rock, AR 72203
501-376-2078
Fax: 501-376-2079
Email: attorneyrondavis@sbcglobal.net

*TERMINATED: 01/15/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**John Wesley Hall , Jr.**
Law Offices of John Wesley Hall, Jr., PA
1202 Main Street, Suite 210
Little Rock, AR 72202-5057
501-371-9131
Fax: 501-378-0888
Email: forhall@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 18:2339B(a)(1) and 18:2 Providing Material Support to a Terrorist Organization (1s) | 65 months imprisonment; 10 years supervised release; and $100 special assessment fee |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1542 False Statement in Application for Passport (1) | dismissed |
| 18:1542 False Statement in Application for Passport (2s) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| CMP 18:1542.F | |

---

**Plaintiff**

**USA** represented by **Andrew Sigler**
U.S. Department of Justice
National Security Division-
Counterterrorism
950 Pennsylvania Avenue North West
4CON

Washington, DC 20530
202-514-0849
Email: andrew.sigler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Michael S. Gordon**
U. S. Attorney's Office
Eastern District of Arkansas
425 West Capitol Avenue, Suite 500
Little Rock, AR 72201
501-340-2600
Email: michael.gordon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Stacy R. Williams**
U. S. Attorney's Office
Eastern District of Arkansas
425 West Capitol Avenue, Suite 500
Little Rock, AR 72201
501-340-2654
Email: stacy.williams@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2019 | 1 | COMPLAINT as to Bilal Al-Rayanni (1). (cfd)[4:19-mj-00168-PSH] (cmn). (Entered: 06/28/2019) |
| 06/28/2019 | 2 | NOTICE OF HEARING as to Bilal Al-Rayanni. Initial Appearance set for 7/1/2019 at 11:00 AM in Little Rock Courtroom # 1B before Magistrate Judge Patricia S. Harris. (cfd) [4:19-mj-00168-PSH] (Entered: 06/28/2019) |
| 06/28/2019 | 3 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Bilal Al-Rayanni. Interpreter Hanadi AlSaadi Thomas is scheduled for an Initial Appearance set for 7/1/2019 before Magistrate Judge Patricia S. Harris. (plm) [4:19-mj-00168-PSH] (Entered: 06/28/2019) |
| 07/01/2019 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Latrece E. Gray as to Bilal Al-Rayanni. Signed by Magistrate Judge Patricia S. Harris on 7/1/2019. (cfd) (Docket entry modified on 7/3/2019 to correct the date filed.)(cmn) [4:19-mj-00168-PSH] (Entered: 07/02/2019) |

| | | |
|---|---|---|
| 07/01/2019 | 5 | CJA 23 Financial Affidavit by Bilal Al-Rayanni. (cfd) [4:19-mj-00168-PSH] (Entered: 07/02/2019) |
| 07/01/2019 | 6 | ORDER OF DETENTION as to Bilal Al-Rayanni. Signed by Magistrate Judge Patricia S. Harris on 7/1/2019. (cfd) [4:19-mj-00168-PSH] (Entered: 07/02/2019) |
| 07/01/2019 | 7 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)Minute Entry for proceedings held before Magistrate Judge Patricia S. Harris: Initial Appearance as to Bilal Al-Rayanni held on 7/1/2019. Defendant advised of reason for arrest and rights. Found entitled to counsel; Latrece Gray appointed. Defense requests a preliminary hearing. Following witness testimony and argument from the parties, the Court found probable cause for the issuance of complaint. The United States moved for detention. Defense asserted their right to request a bond hearing at a later date. Defendant remanded to the custody of the USMS. (ECRO Colleen DuBose) (cfd) [4:19-mj-00168-PSH] (Entered: 07/02/2019) |
| 07/02/2019 | 8 | ORDER APPOINTING INTERPRETER as to Bilal Al-Rayanni. Signed by Magistrate Judge Patricia S. Harris on 7/2/2019. (cfd) [4:19-mj-00168-PSH] (Entered: 07/02/2019) |
| 07/03/2019 | | NOTICE OF DOCKET CORRECTION re 4 Order Appointing Public Defender. CORRECTION: The docket entry was modified to correct the date filed as 7/1/2019 as marked on the document. (cmn) [4:19-mj-00168-PSH] (Entered: 07/03/2019) |
| 07/08/2019 | 9 | Arrest Warrant Returned Executed on 6/28/2019 as to Bilal Al-Rayanni. (fjg) (Additional attachment(s) added on 7/9/2019: # 1 Main Document - Correct) (cmn). (Docket text modified on 7/9/2019 to correct the date of arrest.)(cmn) [4:19-mj-00168-PSH] (Entered: 07/09/2019) |
| 07/09/2019 | 10 | NOTICE OF DOCKET CORRECTION 9 Warrant Returned Executed. CORRECTION: The original document was attached to the docket in error (incorrect date of arrest) due to a clerical mistake by the Clerk's office. The correct document was added as an attachment to 9 docket entry and is attached hereto for review by the parties. The docket entry was modified to correct the date of arrest as 6/28/2019 as marked on the document. (cmn) [4:19-mj-00168-PSH] (Entered: 07/09/2019) |
| 07/11/2019 | 11 | INDICTMENT as to Bilal Al-Rayanni. (cmn)(Docket entry modified on 7/12/2019 to correct the file date)(jak) (Entered: 07/11/2019) |
| 07/11/2019 | 12 | TRUE BILL. (cmn) (Docket entry modified on 7/12/2019 to correct the file date) (jak) (Entered: 07/11/2019) |
| 07/11/2019 | 13 | NOTICE OF HEARING as to Bilal Al-Rayanni. Plea and Arraignment set for 7/16/2019 at 2:00 PM in Little Rock Courtroom # 1D before Magistrate Judge Beth Deere(cmn) (Additional attachment(s) added on 7/12/2019: # 1 Main Document - Correct) (jak). (Entered: 07/11/2019) |
| 07/11/2019 | | Set/Reset Hearings as to Bilal Al-Rayanni: Plea and Arraignment set for 7/16/2019 02:00 PM in Little Rock Courtroom # 1D before Magistrate Judge Beth Deere. (jak) (Entered: 07/12/2019) |
| 07/12/2019 | | NOTICE OF DOCKET CORRECTION re 11 Indictment, 12 True Bill as to Bilal Al-Rayanni. CORRECTION: The docket entries were modified to correct the file date to 7/11/2019 as marked on the documents. (jak) (Entered: 07/12/2019) |

| | | |
|---|---|---|
| 07/12/2019 | 14 | NOTICE OF DOCKET CORRECTION re 13 Notice of Hearing as to Bilal Al-Rayanni. CORRECTION: The original document was attached in error due to a clerical mistake by the Clerk's office. The correct document was added to docket entry 13 and is attached hereto for service on the parties. (jak) (Entered: 07/12/2019) |
| 07/12/2019 | 15 | NOTICE OF HEARING Continued as to Bilal Al-Rayanni: Arraignment set for 7/25/2019 02:00 PM in Little Rock Courtroom # 1D before Magistrate Judge Beth Deere. (csf) (Entered: 07/12/2019) |
| 07/15/2019 | 16 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Bilal Al-Rayanni. Interpreter Hanadi AlSaadi Thomas scheduled for Plea & Arraignment set for 7/25/2019 before Magistrate Judge Beth Deere. (thd) (Entered: 07/15/2019) |
| 07/25/2019 | 17 | Minute Entry for proceedings held before Magistrate Judge Beth Deere: Plea & Arraignment as to Bilal Al-Rayanni held on 7/25/2019. Not Guilty Plea entered by defendant. AUSA Stacy Williams, AFPD Latrece Gray, Interpreter Hanadi AlSaadi Thomas, ECRO Suzy Flippen. (fcd) (Entered: 07/26/2019) |
| 07/25/2019 | 18 | NOTICE OF HEARING as to Bilal Al-Rayanni. Jury Trial set for 8/26/2019 at 9:30 AM in Little Rock Courtroom # A530 before Judge Susan Webber Wright. (fcd) (Entered: 07/26/2019) |
| 07/26/2019 | 19 | PRETRIAL DISCOVERY ORDER in case as to Bilal Al-Rayanni. Signed by Judge Susan Webber Wright on 7/26/2019. (hml) (Entered: 07/26/2019) |
| 07/26/2019 | 20 | NOTICE OF ATTORNEY APPEARANCE: Mark F. Hampton appearing for Bilal Al-Rayanni (Hampton, Mark) (Entered: 07/26/2019) |
| 07/26/2019 | 21 | MOTION to Continue by Bilal Al-Rayanni (Hampton, Mark) (Entered: 07/26/2019) |
| 07/26/2019 | 22 | ORDER TO CONTINUE - Ends of Justice as to Bilal Al-Rayanni: Jury Trial reset for 2/24/2020 at 9:30 AM before Judge Susan Webber Wright. Signed by Judge Susan Webber Wright on 7/26/2019. (hml) (Entered: 07/26/2019) |
| 08/08/2019 | 23 | SUPERSEDING INDICTMENT as to Bilal Al-Rayanni. (cmn) (Entered: 08/09/2019) |
| 08/08/2019 | 24 | TRUE BILL. (cmn) (Entered: 08/09/2019) |
| 08/09/2019 | 25 | NOTICE OF HEARING as to Bilal Al-Rayanni. Plea & Arraignment set for 8/15/2019 at 2:00 PM in Little Rock Courtroom # 4B before Magistrate Judge Jerome T. Kearney. (cmn) (Entered: 08/09/2019) |
| 08/12/2019 | 26 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Bilal Al-Rayanni. Interpreter Hanadi Thomas is scheduled for a Plea and Arraignment set for 8/15/2019 before Magistrate Judge Jerome T. Kearney. (plm) (Entered: 08/12/2019) |
| 08/14/2019 | 27 | MOTION for Bond *Hearing* by Bilal Al-Rayanni (Hampton, Mark) (Entered: 08/14/2019) |
| 08/14/2019 | 28 | ORDER REFERRING MOTION as to Bilal Al-Rayanni. 27 MOTION for Bond *Hearing* is referred to the duty Magistrate Judge for determination. Signed by Judge Susan Webber Wright on 8/14/2019. (fcd) (Entered: 08/14/2019) |

| | | |
|---|---|---|
| 08/15/2019 | 29 | ORDER APPOINTING INTERPRETER as to Bilal Al-Rayanni. Signed by Magistrate Judge Jerome T. Kearney on 8/15/2019. (fcd) (Entered: 08/16/2019) |
| 08/15/2019 | 30 | Minute Entry for proceedings held before Magistrate Judge Jerome T. Kearney: Plea & Arraignment as to Bilal Al-Rayanni held on 8/15/2019. Not Guilty Plea entered by defendant. AUSAs Stacy Williams, Michael Gordon, D. Andrew Sigler; Defense Mark Hampton; Interpreter Hanadi Thomas, ECRO LaShawn Coleman. (fcd) (Entered: 08/16/2019) |
| 08/15/2019 | 31 | NOTICE OF HEARING as to Bilal Al-Rayanni. Jury Trial set for 9/16/2019 at 9:30 AM in Little Rock Courtroom # A530 before Judge Susan Webber Wright. (fcd) (Entered: 08/16/2019) |
| 08/15/2019 | 32 | ORDER OF TEMPORARY DETENTION as to Bilal Al-Rayanni. Signed by Magistrate Judge Jerome T. Kearney on 8/15/2019. (fcd) (Entered: 08/16/2019) |
| 08/16/2019 | 33 | NOTICE OF HEARING ON MOTION in case as to Bilal Al-Rayanni 27 MOTION for Bond Hearing: Bond Hearing set for 8/22/2019 at 2:00 p.m. in Little Rock, Arkansas, in Courtroom #4B before Magistrate Judge Jerome T. Kearney. (lmc) (Entered: 08/16/2019) |
| 08/19/2019 | 34 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Bilal Al-Rayanni. Interpreter Eli Missouri is scheduled for a Bond Hearing set for 8/22/2019 before Magistrate Judge Jerome T. Kearney. (plm) (Entered: 08/19/2019) |
| 08/20/2019 | 35 | MOTION to Continue *Trial* by Bilal Al-Rayanni (Hampton, Mark) (Entered: 08/20/2019) |
| 08/21/2019 | 36 | ORDER TO CONTINUE - Ends of Justice as to Bilal Al-Rayanni: Jury Trial reset for 2/24/2020 09:30 AM before Judge Susan Webber Wright. Signed by Judge Susan Webber Wright on 8/21/2019. (hml) (Entered: 08/21/2019) |
| 08/22/2019 | 37 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Magistrate Judge Jerome T. Kearney: Bond Hearing as to Bilal Al-Rayanni held on 8/22/2019. Court called to Order. Case called. The Court received an Oral motion from defense counsel requesting a continuance, and that he would withdraw his current motion for a bond hearing and would re-file when he is ready to proceed. Without objection from the government, the motion was GRANTED. The defendant was remanded to the custody of the USMS. Court Adjourned. AUSA- Stacy Williams, Mark Hampton-Retained; USPO-Laine Rasmussen; Court Reporter: Margie Kruse; Interpreter: Eli Missouri. (ECRO: L. Coleman.) (lmc) (Entered: 08/22/2019) |
| 08/22/2019 | 38 | ORDER OF DETENTION as to Bilal Al-Rayanni. Signed by Magistrate Judge Jerome T. Kearney on 8/22/2019. (cmn) (Entered: 08/23/2019) |
| 10/15/2019 | 39 | MOTION to Withdraw as Attorney by Mark F. Hampton, by Bilal Al-Rayanni (Hampton, Mark) (Entered: 10/15/2019) |
| 10/15/2019 | 40 | ORDER REFERRING MOTION 39 to Withdraw as Attorney to Magistrate Judge J. Thomas Ray as to Bilal Al-Rayanni. Signed by Judge Susan Webber Wright on 10/15/2019. (snl) (Entered: 10/15/2019) |
| 10/28/2019 | 41 | NOTICE OF ATTORNEY APPEARANCE Andrew Sigler appearing for USA. (cmn) (Entered: 10/28/2019) |

| | | |
|---|---|---|
| 10/29/2019 | 42 | MOTION for Order *for Designation of Classified Information Security Officer* by USA as to Bilal Al-Rayanni (Williams, Stacy) (Entered: 10/29/2019) |
| 10/29/2019 | 43 | MOTION for Order *for Pretrial Conference Pursuant to the Classified Information Procedures Act* by USA as to Bilal Al-Rayanni (Williams, Stacy) (Entered: 10/29/2019) |
| 10/29/2019 | 44 | MOTION for Order *for Entry of Protective Order Governing Discovery* by USA as to Bilal Al-Rayanni (Williams, Stacy) (Entered: 10/29/2019) |
| 11/13/2019 | 45 | ORDER granting 39 MOTION to Withdraw as Attorney as to Bilal Al-Rayanni. Attorney Mark F. Hampton relieved as counsel and Ronald L. Davis, Jr provisionally appointed to represent the defendant. Signed by Magistrate Judge J. Thomas Ray on 11/13/2019. (fcd) (Entered: 11/13/2019) |
| 12/03/2019 | 46 | NOTICE OF ATTORNEY APPEARANCE: John Wesley Hall, Jr appearing for Bilal Al-Rayanni (Hall, John) (Entered: 12/03/2019) |
| 12/03/2019 | 47 | Unopposed MOTION to Continue by Bilal Al-Rayanni (Hall, John) (Entered: 12/03/2019) |
| 12/06/2019 | 48 | ORDER TO CONTINUE - Ends of Justice as to Bilal Al-Rayanni. Jury Trial reset for 7/6/2020 at 9:30 AM. Signed by Judge Susan Webber Wright on 12/6/2019. (fcd) (Entered: 12/06/2019) |
| 01/10/2020 | 49 | NOTICE OF HEARING ON MOTION in case as to Bilal Al-Rayanni re 42 , 43 , and 44 Motions: Motion Hearing set for 1/23/2020 at 10:30 a.m. in Little Rock Courtroom #B389 before Judge Susan Webber Wright. (ljb) (Entered: 01/10/2020) |
| 01/13/2020 | 50 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Bilal Al-Rayanni. Interpreter Eli Missouri is scheduled for Motions Hearing set for 1/23/2020 before Judge Susan Webber Wright. (plm) (Entered: 01/13/2020) |
| 01/15/2020 | 51 | ORDER substituting attorney John Wesley Hall for Ronald L. Davis, Jr as counsel for Bilal Al-Rayanni re 46 Notice of Attorney Appearance. Signed by Judge Susan Webber Wright on 1/15/2020. (fcd) (Entered: 01/15/2020) |
| 01/23/2020 | 52 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Susan Webber Wright: Motion Hearing as to Bilal Al-Rayanni held on 1/23/2020 re 42 , 43 , and 44 Motions. Orders to be entered separately. (AUSA: Andrew Sigler, Stacy Williams, and Michael Gordon; Defense: John Wesley Hall and Samantha Carpenter; CISO: Matthew Mullery; Interpreter: Eli Missouri; Court Reporter: Margie Kruse.) (ljb) (Docket text modified on 1/24/2020 to correct the description pursuant to instruction from Chambers.)(cmn) (Entered: 01/23/2020) |
| 01/23/2020 | 53 | PROTECTIVE ORDER GOVERNING GENERAL AND SENSITIVE DISCOVERY as to Bilal Al-Rayanni. Signed by Judge Susan Webber Wright on 1/23/2020. (cmn) (Entered: 01/23/2020) |
| 01/24/2020 | 54 | SEALED DOCUMENT. (fcd) (Entered: 01/24/2020) |
| 01/24/2020 | | NOTICE OF DOCKET CORRECTION re 52 Clerk's Minutes. CORRECTION: The docket text was modified as follows, "(AUSA: Andrew Sigler, Stacy Williams, and Michael Gordon; Defense: John Wesley Hall and Samantha Carpenter; CISO: |

| | | |
|---|---|---|
| | | Matthew Mullery; Interpreter: Eli Missouri; Court Reporter: Margie Kruse.)" (cmn) (Entered: 01/24/2020) |
| 01/29/2020 | 55 | ORDER granting 42 Motion for Order for Designation of Classified Information Security Officer, and granting 43 Motion for Order for Pretrial Conference as to Bilal Al-Rayanni. Signed by Judge Susan Webber Wright on 1/29/2020. (fcd) (Entered: 01/29/2020) |
| 06/18/2020 | 56 | MOTION for Order *Scheduling Classified Deadlines*, MOTION to Continue () by USA as to Bilal Al-Rayanni (Williams, Stacy) (Entered: 06/18/2020) |
| 06/26/2020 | 57 | ORDER TO CONTINUE - Ends of Justice as to Bilal Al-Rayanni. Jury Trial reset for 1/25/2021 09:30 AM. CIPA 4 motions for protective orders are to be filed by 9/11/2020, and defense counsel shall file a sealed, ex parte statement of defense by 10/9/2020. Signed by Judge Susan Webber Wright on 6/26/2020. (fcd) (Entered: 06/26/2020) |
| 09/11/2020 | 58 | NOTICE *of Classified Filing* by USA as to Bilal Al-Rayanni (Williams, Stacy) (Entered: 09/11/2020) |
| 12/04/2020 | 59 | NOTICE *of Classified Filing* by USA as to Bilal Al-Rayanni (Williams, Stacy) (Entered: 12/04/2020) |
| 01/07/2021 | 60 | ORDER TO CONTINUE - Ends of Justice as to Bilal Al-Rayanni: Jury Trial reset for 4/19/2021 at 9:30 a.m. before Judge Susan Webber Wright. Signed by Judge Susan Webber Wright on 1/7/2021. (ljb) (Entered: 01/07/2021) |
| 02/26/2021 | 61 | ORDER TO CONTINUE - Ends of Justice as to Bilal Al-Rayanni: Jury Trial reset for 6/28/2021 at 9:30 a.m. before Judge Susan Webber Wright. Signed by Judge Susan Webber Wright on 2/26/2021. (ljb) (Entered: 02/26/2021) |
| 04/02/2021 | 62 | ORDER re 58 and 59 Notices of Classified Filings pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1) as to Bilal Al-Rayanni. Signed by Judge Susan Webber Wright on 4/2/2021. (fcd) (Entered: 04/02/2021) |
| 06/22/2021 | 63 | Unopposed MOTION to Continue by Bilal Al-Rayanni (Hall, John) (Entered: 06/22/2021) |
| 06/23/2021 | 64 | ORDER TO CONTINUE - Ends of Justice as to Bilal Al-Rayanni granting 63 motion: Jury Trial reset for 7/26/2021 at 9:30 a.m. before Judge Susan Webber Wright. Signed by Judge Susan Webber Wright on 6/23/2021. (ljb) (Entered: 06/23/2021) |
| 06/23/2021 | 65 | NOTICE OF HEARING as to Bilal Al-Rayanni: Change of Plea Hearing set for 7/6/2021 at 1:00 p.m. in Little Rock Courtroom #2D before Judge Susan Webber Wright. (ljb) (Entered: 06/23/2021) |
| 06/24/2021 | 66 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Bilal Al-Rayanni. Interpreter Sonia Nasief scheduled for a Change of Plea Hearing set for 7/6/2021 before Judge Susan Webber Wright. (jak) (Entered: 06/24/2021) |
| 07/06/2021 | 67 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Susan Webber Wright: Change of Plea Hearing as to Bilal Al-Rayanni held on 7/6/2021; Guilty Plea entered to Count 1 of the Superseding Indictment; all remaining counts dismissed on |

| | | |
|---|---|---|
| | | government's motion; Defendant remanded to USMS custody awaiting sentencing; sentencing to be set under separate notice. (AUSA: Stacy Williams; Defense: John Wesley Hall; Interpreter: Sonia Nasief; Court Reporter: Kathy Maloney.) (ljb) (Entered: 07/06/2021) |
| 07/06/2021 | 68 | PLEA AGREEMENT as to Bilal Al-Rayanni. (ljb) (Entered: 07/06/2021) |
| 07/06/2021 | 69 | PLEA AGREEMENT ADDENDUM (under seal) re 68 Plea Agreement as to Bilal Al-Rayanni. (ljb) (Entered: 07/06/2021) |
| 11/02/2021 | 70 | TRANSCRIPT REQUEST *OF CHANGE OF PLEA HEARING* by Bilal Al-Rayanni for proceedings held on July 6, 2021 before Judge Susan Webber Wright. (Hall, John) (Entered: 11/02/2021) |
| 05/04/2022 | 71 | NOTICE OF HEARING as to Bilal Al-Rayanni: Sentencing set for 6/24/2022 at 1:00 p.m. in Little Rock Courtroom #2D before Judge Susan Webber Wright. (ljb) (Entered: 05/04/2022) |
| 05/05/2022 | 72 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Bilal Al-Rayanni. Interpreter Sonia Nasief scheduled for a Sentencing Hearing set for 6/24/2022 before Judge Susan Webber Wright. (jak) (Entered: 05/05/2022) |
| 06/22/2022 | 73 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CANCELED as to Bilal Al-Rayanni. Interpreter Sonia Nasief canceled for Sentencing Hearing set for 6/24/2022 before Judge Susan Webber Wright. (jak) (Entered: 06/22/2022) |
| 06/23/2022 | 74 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) NOTICE OF HEARING CANCELLED as to Bilal Al-Rayanni re 71 Notice of Hearing with Form. Sentencing to be rescheduled under separate notice. Signed at the Direction of the Court on 6/23/2022. (ljb) (Entered: 06/23/2022) |
| 07/26/2022 | 75 | NOTICE OF HEARING as to Bilal Al-Rayanni: Sentencing set for 8/19/2022 at 1:00 p.m. in Little Rock Courtroom #2D before Judge Susan Webber Wright. (ljb) (Entered: 07/26/2022) |
| 07/26/2022 | 76 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Bilal Al-Rayanni. Interpreter Sonia Nasief scheduled for a Sentencing Hearing set for 8/19/2022 before Judge Susan Webber Wright. (jak) (Docket text modified on 7/27/2022 to correct the description of the document filed) (jak) (Entered: 07/26/2022) |
| 07/27/2022 | | NOTICE OF DOCKET CORRECTION re 76 Interpreter Notice. CORRECTION: The docket text was modified to correct the Judge who will hold the hearing as Judge Susan Webber Wright. (jak) (Entered: 07/27/2022) |
| 08/18/2022 | 77 | SENTENCING MEMORANDUM by Bilal Al-Rayanni (Hall, John) (Entered: 08/18/2022) |
| 08/19/2022 | 78 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Susan Webber Wright: In Camera Hearing as to Bilal Al-Rayanni held on 8/19/2022. (AUSA: Stacy Williams and Andrew Sigler; Defense: John Wesley Hall, Jr.; Interpreter: Sonia Nasief; USPO: Abigail Obana; Court Reporter: Karen Dellinger.) (ljb) (Entered: 08/19/2022) |

| | | |
|---|---|---|
| 08/19/2022 | 79 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Susan Webber Wright: Sentencing held on 8/19/2022 for Bilal Al-Rayanni; defendant sentenced on Count 1s to 65 months imprisonment; 10 years supervised release; and $100 special assessment fee; defendant remanded to USMS custody. (AUSA: Stacy Williams and Andrew Sigler; Defense: John Wesley Hall, Jr.; Interpreter: Sonia Nasief; USPO: Abigail Obana; Court Reporter: Karen Dellinger.) (ljb) (Entered: 08/19/2022) |
| 09/08/2022 | 80 | JUDGMENT as to Bilal Al-Rayanni. Count 1s: 65 months imprisonment; 10 years supervised release; and $100 special assessment fee. Signed by Judge Susan Webber Wright on 9/8/2022. (fcd) (Entered: 09/08/2022) |
| 09/30/2022 | 82 | SEALED TRANSCRIPT. (fcd) (Entered: 09/30/2022) |
| 09/30/2022 | 83 | TRANSCRIPT of Sentencing Hearing as to Bilal Al-Rayanni held on 8/19/2022 before Judge Susan Webber Wright. Court Reporter Karen Dellinger. Transcript may be viewed only at the public terminals in the Clerk's office. Copies of transcript are only available through the Official Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. DEADLINES: Notice of Intent to Request Redaction due 10/7/2022. Redaction Request due 10/21/2022. Redacted Transcript Deadline set for 10/31/2022. Release of Transcript Restriction set for 12/29/2022. (fcd) (Entered: 09/30/2022) |
| 05/23/2023 | 84 | ORDER Modifying Conditions of Supervision with Consent of Bilal Al-Rayanni. Signed by Judge Susan Webber Wright on 5/23/2023. (fcd) (Entered: 05/23/2023) |
| 04/18/2024 | 85 | NOTICE OF REASSIGNMENT. Due to a pending matter, the Clerk's office has reassigned the case to Chief Judge Kristine G. Baker. Signed at the Direction of the Court on 4/18/2024. (jak) (Entered: 04/18/2024) |
| 04/23/2024 | 86 | ORDER Modifying Conditions of Supervision with Consent of Bilal Al-Rayanni. Signed by Chief Judge Kristine G. Baker on 4/23/2024. (fcd) (Entered: 04/25/2024) |

A TRUE COPY I CERTIFY
Tammy H. Downs, Clerk
By: ForrestDunn D.C. on
**May 19, 2025**
For the United States District Court
Eastern District of Arkansas